**FILED**
JUN - 8 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Clerk of the Court
United States District Court for the District of Columbia
338 Constitution Avenue, N.W.
Washington DC 2001

In furma Pauperis
Elizabeth Mary Reevis
Objections to Special Master's Decision
(96-CV-01285) TFH (4041886)
9618 52nd Ave. S.
King, Seattle, Washington 98118

VS,

Case: 1:15-cv-00846
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/8/2015
Description: Pro Se Gen. Civil (F)

Indian Trust Settlement
(96-CV-01285) (96-01285) (14-MC-1168)
P.O. Box 9577
Dublin, Ohio 43017

Honorable Richard Levie (Ret.)
Special Master for the Indian Trust Settlement
Indian Trust Settlement
P.O. Box 9577
Dublin, Ohio 43017

Secretary Sally Jewell
United States Department of the Interior
1849 C Street, N.W.
Washington D.C. 20240

Bureau of Indian Affairs
12220 Sunrise Valley Drive
Reston, Virginia 20191



RECEIVED
Mail Room
FEB - 9 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Clerk of the Court

United States District Court for the District of Columbia

# Complaint

**In Forma Pauperis**
**Cobell v. Jewell**
**96-CV-01295**
**14-MC-1168**
**Reevis, Elizabeth Mary**
**201-U12527**
**4041886**

My Petition is to get **Class Member status** for the payment settlement funds distributed by the Indian Trust Settlement also known as the **Cobell Settlement** based on my **personal documents** and the **Organic documents** of the Blackfeet Tribe of Montana.

I submitted three (3) different **estate claims** for Class Member status. These estate claims are **IIM-01232533** (**Mary Louise** (Beatrice-Tiny) **Double Runner**-Burdeau-Reevis-Bear Medicine-My IIM claim # is **0531045222**), **IIM-04041886** (**James Adams Burdeau**-My IIM claim # is **0531063070**) and **IIM-01059055** (**Mabel Opal Baker**-My IIM claim # is **0531060839**). Only **IIM-04041886** with the claim # **17790** was mentioned in the Special Master's Decision. Filing with the Court has also been a barrier for my claim because the **Special Master's Appeal Determination letter** arrived in the mail (December 5, 2014) so close to the **filing deadline**.

**Official letters** from the Indian Trust Settlement also known as the Cobell Settlement most notably the Mable Opal Baker estate claim dated August 1, 2013 identified me as a Class Member. **Birth certificates** for my parents, myself and my children as well as all required **documents and applications** were sent to the **Indian Trust Settlement office in Dublin Ohio**. I have received all the **other Historic Indian Trust Claim checks** distributed to tribal members in **1972 and 1982**. I also have two (2) enrollment numbers **201-U12527** (1982) and **201-U12573** (2014).

The **Organic documents** of the **Blackfeet Tribe of Montana** that recognize me as a **Member** of the Blackfeet Tribe and a **Treaty Indian** are the **1855 Treaty** with the **Blackfeet** (11 Stat. 657) the **1896 Agreement** with the **Blackfeet** (29 Stat. 353) and the **Blackfeet Indian Reorganization Act** (48 Stat. 984).

In addition to my official documents and the Organic paper of the Blackfeet tribe, I also **have Tribal History** to affirm my claims to **all tribal monies from whatever source including settlements**. The **Blackfeet Chiefs** from my father's ancestry are **Three Sons** (Nii-ouys-ka Otsii), **Generous Woman** (Noo-ki-tsi-htaa Aki) and Charles "**Crow Chief**" Reevis (Moo-yis-twii-naa). My grandmother Nellie Reevis is a **Bull Shoe** and my mother's ancestors are **Double Runner** and **Split Ears**.

**I Relief** I want the **United States District Court for the District of Columbia** to order is **Treaty Indian status** for **modern day descendants** of the **full blood community of Blackfeet Indians** for checks from the Cobell Settlement as well as Money Damages for financial and emotional injuries sustain as a result of not having Class Member status. The money damages for the **Cobell Settlement is $1,864**. The money damages for **financial and emotional injuries is $25,000**.

**I do hereby certify to the best of my knowledge**, information and belief that this **Complaint** is being done in **Good Faith** to right a wrong that has injured me and my family. I only want the **same Indian trust Settlement checks** that my **biological sister and brothers** have already received from the **Cobell Settlement**.

**Elizabeth Mary Reevis**
201-U12527
9618 52nd Avenue South
King, Seattle, Washington 98118
(206) 476-1264


Cc     Claims Adminstrator
       Indian Trust Settlement
       P.O. Box 9577
       Dublin, Ohio 43017

       Honorable Richard Levie (Ret.)
       Special Master
       Indian Trust Settlement
       P.O. Box 9577
       Dublin, Ohio 43017

       Secretary Sally Jewell                         Bureau of Indian Affairs (BIA)
       United States Department of the Interior       12220 Sunrise Valley Drive
       1849 C. Street, N.W.                           Reston, Virginia 20191
       Washington, D.C. 20240

                                                      Michael J. Quinn, Esq.
       David Smith Esq.                               U.S. Dept. of Justice, Civil Division
       Kilpatrick Townsend & Stockton LLP             Commercial Litigation Branch
       607 14th St., N.W. Suite 900                   Box 874, Ben Franklin Station
       Washington, D.C. 20005                         Washington, D.C. 20044

12/15/14    ELIZABETH M OLDCHIEF                                              Seq: 00060001  Page: 01 of 05

RAINIER CSO
PO BOX 11699
TACOMA WA 98411-6699


Washington State
Department of Social
& Health Services

Phone #
TTY/TDD # 800-209-5446
Toll Free # 877-501-2233

12/15/14

ELIZABETH M OLDCHIEF
9618 52ND AVE S
SEATTLE WA 98118-5701

Client ID # 002689026

**RECEIVED**

**FEB 03 2015**

**Rainier CSO**

Dear ELIZABETH M OLDCHIEF

You will receive the following benefits:

|  | Begin Date | End Date |
|---|---|---|
| Basic Food Assistance (federal) | 12/01/14 | 09/30/15 |

|  | First Issuance | Second Issuance | Future Issuances |
|---|---|---|---|
| Basic Food Assistance (federal) | $585.00 | $579.00 | $579.00 |

Your food benefit will be available on day 1 of each month.

We will add your benefits to an Electronic Benefits Transfer (EBT) account.

**DSHS Has Two Food Programs**

DSHS has a federal food program called Basic Food. To receive federal Basic Food benefits, you must meet all federal rules, which require U.S. citizenship or certain alien status. 7 CFR 273.4

DSHS also has a state food program called the Food Assistance Program for legal immigrants. To receive state Food Assistance Program benefits, you must be a legal immigrant who meets all federal rules for Basic Food, except for citizenship and alien status requirements. RCW 74.08A.120

**Important Information about Your Household's Eligibility for Federal and State Food Benefits**

The following persons receive federal Basic Food benefits. Since they receive federal Basic Food benefits, they are **not** eligible for state Food Assistance Program benefits. RCW 74.08A.120

ELIZABETH M OLDCHIEF
JUSTUN M STROH

0002-01 Approval Letter                                                          Client ID# 002689026

MARIAH B ROMERO
NATALIA C ROMERO
ARILLIUS R REEVIS

You can view state laws (RCW) and rules (WAC) online at http://www.leg.wa.gov/LawsAndAgencyRules/Pages/default.aspx. You can view federal rules (CFR) online at http://www.gpoaccess.gov/cfr/index.html. You can also view them at your public library reference desk or local law library. If you can't find this information, please call our office. You can ask for a copy of the rules.

We will send you a letter if there are any changes to the benefits listed above.

You can:
*   Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.
*   Fax information to us at 888-338-7410.

Write your client ID on all copies you send us. Your client ID is 002689026.

Call **877-501-2233** to process an application or review, report changes, or ask questions.

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter.

## QUESTIONS AND ANSWERS

What do you need to know about Electronic Benefits Transfer (EBT)?
* If you already have a Washington EBT Quest card you can use it.
* If you don't have an EBT card you can ask us to send a card in the mail. It should arrive within 10 days.
* You will receive an instruction pamphlet with your EBT card.

Can you give your EBT card to someone to shop for you?
* No, do not give your card or PIN to anyone.
* Contact your worker if someone else shops for you.
* We can give them their own card and PIN for your EBT account.

What do you need to report for food assistance between reviews?
* When your total monthly gross income (money from all sources before deductions) goes over $4652.00.

How do you report changes?
* Report changes by calling 877-501-2233.

When do you need to report changes?
* For cash and food programs, you must report changes by the 10th of the next month after the change.

What happens if you don't report changes on time?
* Your benefits could stop.
* Your benefits could be late.
* You could receive the wrong amount.
* If you receive more benefits than you should, you must pay them back.

When will we review your case?

* You will receive a Mid-Certification Review to complete.

* An eligibility review form will be sent before your benefits stop.

Can your children receive free or reduced school meals?
* Children on TANF or Food assistance automatically receive free school meals if they attend public school.

Call the child's school if:
* You do not want the child to receive free or reduced school meals.
* You think a child should receive free or reduced meals but does not.
* You have questions about the free or reduced meal program.

Where can you look for more information about DSHS services?
* You are authorized to access information at https://www.washingtonconnection.org/home/. This website tells you about other DSHS programs and community resources for you and your family.

## Food Program

**Basic Food Assistance (federal)**
This calculation is used to figure out the amount of federal food benefits your household is eligible to receive.

**Income We Count**

|  | 12/2014 | 01/2015 |
|---|---|---|
| ELIZABETH M OLDCHIEF |  |  |
| -Cash Benefit | $305.00 | $305.00 |
| JUSTUN M STROH |  |  |
| -SSI BENEFITS | $721.00 | $733.00 |
|  | **12/2014** | **01/2015** |
| **Total Income** | $1026.00 | $1038.00 |
| **Income Limits (federal)** | $0.00 |  |
|  | **12/2014** | **01/2015** |
| **Deductions We Allow** |  |  |
| Standard deduction | $193.00 | $193.00 |
| Housing deduction | $213.50 | $207.50 |
| **Total Deductions** | $406.50 | $400.50 |
|  | **12/2014** | **01/2015** |
| **Summary** |  |  |
| Total Income | $1026.00 | $1038.00 |
| Subtract Total Deductions | $406.50 | $400.50 |
| Income We Budget | $620.00 | $638.00 |
|  | **12/2014** | **01/2015** |
| Benefit limit for a household of 5 | $771.00 | $771.00 |
| Subtract 30% of Income we budget | $186.00 | $192.00 |
| Subtract Overpayment deduction | $0.00 | $0.00 |
| **Federal Basic Food Assistance Benefit** (rounded down) | $585.00 | $579.00 |

9999-01 Computation                                                                                       Client ID#  002689026

## Administrative Hearing Rights

**What can you do if you disagree with our decisions?**
* Ask for an administrative hearing.
* Ask for a case review by contacting your local office. This won't delay or replace the hearing and it could resolve the disagreement sooner.

Note: You don't have administrative hearing rights if the change in your benefits was part of a mass adjustment for a group of people required by state or federal law. (RCW 74.08.080 1 b)

**How do you request an administrative hearing?**
Do one of the following:
* Contact your local office.
* Write to:
    The Office of Administrative Hearings
    PO Box 42489
    Olympia, WA 98504-2489

**How soon must you request an administrative hearing?**
* Within 90 days of receiving this letter.

**Can your benefits continue during the hearing process?**
* If this letter changes or stops your benefits, you may still receive them while you wait for your hearing.
* You must ask for the hearing before your benefits change, end, or within 10 days of this letter, whichever is later.
* Food assistance can only continue until your next review.
* Denied benefits can't be continued.

**Who may represent you at the administrative hearing?**
* You may represent yourself.
* A lawyer or any other person you choose.

**What if you can't afford legal advice?**
* Coordinated Legal Education Advice and Referral (CLEAR) may help you find free legal assistance.
* Visit http://nwjustice.org/get-legal-help
* If you are under age 60 call CLEAR at 1-888-201-1014.
* If you are age 60 or over call CLEAR Senior at 1-888-387-7111.

**What if you lose the administrative hearing?**
* You may have to repay some or all of the benefits you received.
* You won't have to repay more than 2 months of continued benefits.

### Non Discrimination Statement
The Department of Social and Health Services isn't allowed to discriminate in any program or activity. No one can be excluded from any program on the basis of race, color, creed, political beliefs, national origin, religion, age, gender, disability or birthplace.